IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBIN MAROCCHINI | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) CIVIL ACTION 1:20-CV-356-JB-N<br>) |
| ROBERT C. BROWN AND ROBERT C.<br>BROWN, M.D., P.C., D/B/A BROWN<br>PEARSON & GUEPET GYNECOLOGY<br>AND UROGYNECOLOGY | )<br>)<br>)<br>)<br>) |
| Defendant | ) |

## NOTICE OF CASE RESOLUTION

COME NOW the defendants, by and through counsel, and gives notice to the Court this case has been resolved through the mediation process today. The parties would respectfully request permission to be excused from the pre-trial conference on October 12. The parties would also request the Court to allow thirty days to prepare the necessary paperwork including an agreed upon stipulation of dismissal.

                                              Respectfully submitted,

                                              *s/*Mark W. Lee
                                              Mark W. Lee
                                              Attorney for Defendants

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
600 Vestavia Parkway
Suite 300, Shelby Building
Birmingham, AL 35216
(205) 326-6600
(205) 324-7097
mlee@pljpc.com

# CERTIFICATE OF SERVICE

       I hereby certify that I have on this the 8th day of October, 2021, electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system which will send notification of such filing to the following:

Kasie M. Braswell
Braswell, Murphy & Grubb, LLC
105 N. Conception Street, Suite 100
Mobile, AL  36602
(251) 438-7503/(251) 438-7949 (F)

D. Brian Murphy
Braswell, Murphy & Grubb, LLC
105 N. Conception Street, Suite 100
Mobile, AL  36602
(251) 438-7503/(251) 438-7949 (F)

                                      *s/*Mark W. Lee
                                      OF COUNSEL